UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

BRAULIO THORNE, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

CAPITAL MUSIC GEAR LLC,

          Defendant.

------------------------------------x

No.: 1:23-cv-776

**PROOF OF NOTICE**

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I served the foregoing: Your Honor's Order dated February 17, 2023 (Dkt. 6), and a copy of Your Honor's Individual Rules of Practice in Civil Cases, on all other parties in this action by way of electronic mail.

**GOTTLIEB & ASSOCIATES**

*/s/Jeffrey M. Gottlieb, Esq.*

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiffs*