```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
BRAULIO THORNE,                                              :
                                      Plaintiff,             :
                                                             :    23 Civ. 776 (LGS)
               -against-                                     :
                                                             :         ORDER
CAPITAL MUSIC GEAR LLC,                                      :
                                      Defendant.             :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for March 29, 2023. On March 22, 2023, the parties filed a joint letter and proposed case management plan in advance of the conference.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the March 29, 2023, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated and rescheduled for a later date. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendants seek to file a motion to dismiss the Complaint, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED** that when the parties would like a referral for settlement discussions through the S.D.N.Y. Mediation Program, they shall file a joint letter on ECF requesting such a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 22, 2023
       New York, New York

                                       **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**