UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAULIO THORNE, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>CAPITAL MUSIC GEAR LLC,<br><br>*Defendant.* | Civil Action No. 1:23-cv-00776-LGS<br><br>**STIPULATION** |

It is hereby stipulated by and between the attorneys for Plaintiff Braulio Thorne, on behalf of himself and all other persons similarly situated ("Plaintiff"), and Defendant Capital Music Gear LLC ("Defendant"), as follows:

1. Pursuant to Rule III.C.2 of Judge Schofield's Individual Rules, Defendant shall file a pre-motion letter, for a proposed motion under Fed. R. Civ. P. Rule 12(b), with the Court on or before April 6, 2023.

2. Plaintiff shall file a written response to Defendant's pre-motion letter on or before April 20, 2023.

3. This stipulation may be signed in counterparts.

Dated: New York, New York
        April 5, 2023

GOTTLIEB & ASSOCIATES

_____
Jeffrey Gottlieb
150 East 18th Street, Suite PHR
New York, NY 10003
Jeffrey@Gottlieb.legal
*Attorney for Plaintiff*

THOMPSON & SKRABANEK, PLLC

_____
J.R. Skrabanek, Esq.
42 W. 38th Street, Suite 1002,
New York, NY 10018
jrs@ts-firm.com
*Attorneys for Moving Defendant*

1