UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRAULIO THORNE,
                                Plaintiff,

              -against-                             23 Civ. 776 (LGS)

CAPITAL MUSIC GEAR, LLC,                        ORDER
                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Civil Case Management Plan and Scheduling Order, issued March 22, 2023, requires the parties to file a joint status letter regarding the progress of discovery by May 22, 2023.

       WHEREAS, no such letter was filed. It is hereby

       **ORDERED** that the parties shall file the required joint letter as soon as possible and no later than **May 24, 2023.**

Dated: May 23, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE