UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
BRAULIO THORNE,                                               :
                              Plaintiff,                      :
              -against-                                       :     23 Civ. 776 (LGS)
                                                              :
CAPITAL MUSIC GEAR, LLC,                                      :     ORDER
                              Defendant.                      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, a pretrial conference in this matter is scheduled for October 4, 2023.

  WHEREAS, a May 31, 2023, Order stayed discovery pending resolution of Defendant's motion to dismiss the Amended Complaint and adjourned all deadlines contained in the Civil Case Management Plan and Scheduling Order sine die. It is hereby

  **ORDERED** that the October 4, 2023, conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.

Dated: October 2, 2023
   New York, New York

                   _____
                   **LORNA G. SCHOFIELD**
                  **UNITED STATES DISTRICT JUDGE**