UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BRAULIO THORNE, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

     Plaintiff,

    v.

CAPITAL MUSIC GEAR LLC,

     Defendants

------------------------------------------------------------x

No.: 1:23-cv-776

ECF CASE

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, BRAULIO THORNE, and Defendant, CAPITAL MUSIC GEAR LLC, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
   May 1, 2024

GOTTLIEB & ASSOCIATES PLLC

_/s/ Michael A. LaBollita_

Michael A. LaBollita, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
michael@Gottlieb.legal

*Attorneys for Plaintiff*

THOMPSON & SKRABANEK, PLLC

_/s/ J.R. Skrabanek_

J.R. Skrabanek, Esq.
515 Madison Avenue, 31st Floor
New York, NY 10022
Phone: (646) 568-4210
Fax:
jrs@ts-firm.com

*Attorney for Defendant*

So Ordered. The Clerk of Court is respectfully directed to close this case.

Dated: May 6, 2024
   New York, New York

_/s/ Lorna G. Schofield_
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**